**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>      **Plaintiff,**<br><br>**v.**<br><br>**GARY STEWART,**<br><br>      **Defendant.** | **Case No. 17-05013-01-CR-SW-BP** |

## MOTION FOR DETENTION

Comes now the United States of America, by and through Tammy Dickinson, United States Attorney for the Western District of Missouri, and the undersigned Assistant United States Attorney, and hereby moves this Court to order the detention of the defendant, **GARY STEWART**, and states the following in support of the motion:

1. An indictment has been filed charging the defendant with production of child pornography, in violation of Title 18, United States Code, Section 2251(a), and receipt and distribution of child pornography, in violation of Title 18, United States Code, Sections 2252(a)(1) and (b)(1).

2. Title 18, United States Code, Section 3142(f) provides, in pertinent part, that hearing must be held by the appropriate judicial officer to determine whether any condition or combination of conditions "will reasonably assure the appearance of such person as required and the safety of any other person and the community" if the attorney for the Government moves for such a hearing and the case involves:

   "(E) any felony that is not otherwise a crime of violence that involves a minor victim… ."

3. Title 18, United States Code, Section 3142(e) mandates, subject to rebuttal, "it shall be presumed that no conditions or combination of conditions will reasonably assure the appearance of a person as required and the safety of the community if the judicial officer finds that there is probable cause to believe that there is probable cause to believe that the person committed—(E) an offense involving a minor victim under section… 2251,… 2252(a)(2)… of this title."

4. The defendant engaged in sexual acts with a minor on multiple occasions.

5. The defendant frequently requested sexually explicit images from the minor victim. The victim produced such illicit imagery at the defendant's request.

6. The defendant confessed to sexually victimizing the minor in question.

7. This case involves a minor victim.  See 18 U.S.C. § 3142(g)(1).

8. The evidence against the defendant is overwhelming.  See 18 U.S.C. § 3142(g)(2).

Wherefore, based upon the foregoing, the United States submits that there is clear and convincing evidence that there are no conditions which the Court could place upon the defendant that would reasonably assure the defendant's appearance in Court and the safety of the community. The Government therefore requests that a detention hearing be held and that the defendant be detained pending trial of this matter.

Respectfully submitted,

Thomas Larson
Acting United States Attorney


By:  /s/ James J. Kelleher_____
James J. Kelleher
Assistant United States Attorney
Missouri Bar No. 51921

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on April 26, 2017, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.


*/s/ James J. Kelleher*
James J. Kelleher
Assistant United States Attorney